**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00180-04 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| QUACY L. FRANCIS (04) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Court having considered the foregoing Unopposed Motion to Continue Stay (Record Document 211) filed by Defendant Quacy L. Francis,

**IT IS ORDERED** that Defendant's Motion to Vacate and Supporting Memorandum be held in abeyance, that this matter continues to be **STAYED**, and that this stay shall remain in effect until counsel for Defendant notifies this Court of the disposition in United States v. Jeffery Havis, 927 F.3d 382 (6th Cir. 2019) and files a supplemental memorandum in support of Defendant's pending motion to vacate.

**IT IS FURTHER ORDERED** that the Government's answer is due sixty (60) days after the filing of the supplemental memorandum.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of September, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT