**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

UNITED STATES OF AMERICA                    CRIMINAL ACTION NO. 13-00180-04

VERSUS                                                          JUDGE S. MAURICE HICKS, JR.

QUACY L. FRANCIS                                     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Before the Court is Defendant Quacy L. Francis's ("Francis") Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense under 18 U.S.C. § 3582 (Record Document 155).

At the time the Motion was filed, Francis was serving a term of imprisonment imposed by this Court. However, the record reflects that Francis has since been released from Bureau of Prisons custody. Thus, Francis is no longer serving the custodial portion of his sentence. Accordingly, his § 3582 motion is **DENIED AS MOOT**.

The Court notes that Francis is still serving a term of supervised release. If Francis wishes to seek a reduction of supervised release, such relief must be sought under § 3583(e).

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9th day of April, 2026.

JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT